```
 1  IAN G. LOVESETH (SBN 085780)
    Attorney at Law
 2  819 Eddy Street
    San Francisco, California  94109
 3  Tel:  (415) 771-6174
    Fax: (415) 474-3748
 4
    Attorney for Defendant
 5  MYUNG JIN CHANG
 6
 7
 8              UNITED STATES DISTRICT COURT
 9             NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11                        --o0o--
12  UNITED STATES OF AMERICA,
                                      No. CR 05-395-CRB
13         Plaintiff,
                                      STIPULATION AND [PROPOSED]
14                                    ORDER TO MODIFY PRETRIAL RE-
                                      LEASE CONDITIONS
15         vs.
16  MYUNG JIN CHANG, et. al.,
17         Defendant.
                                    /
18
```

MYUNG JIN CHANG, by and through his counsel, IAN G. LOVESETH, and PETER AXELROD, Assistant United States Attorney, hereby stipulate that the following pretrial release condition be modified: Defendant shall no longer be subject to voice tracking, which in effect will remove the curfew this condition places on the defendant.  To date, the defendant has complied with the voice tracking/curfew condition, however, this condition has made it difficult for the defendant to get a good night's sleep as the telephone calls from the voice tracking system often come in the middle of the night.

Mr. Chang's Pretrial Services Officer, Michelle Nero, does not oppose defendant's request to modify his pretrial release condition in the manner stated above.

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS

1  IT IS SO STIPULATED.

3  DATED: April 28, 2006

5  /s/
   IAN G. LOVESETH
   Attorney for Defendant
6  MYUNG JIN CHANG

7  DATED: April 28, 2006

9  /s/
   PETER AXELROD
10 Assistant United States Attorney

13  Pursuant to stipulation of the parties, IT IS HEREBY ORDERED, that defendant,
14 MYUNG JIN CHANG, shall no longer be subject to the voice tracking/curfew condition of his
15 pretrial release. All other conditions shall remain the same.
16  IT IS SO ORDERED.

18  DATED: May 11, 2006

20  _____
21  HON.
    United States Magistrate Judge

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS       2