| | |
|---|---|
| 1 | IAN G. LOVESETH (SBN 085780) |
| 2 | Attorney at Law<br>819 Eddy Street |
| 3 | San Francisco, California 94109<br>Tel: (415) 771-6174 |
| 4 | Fax: (415) 474-3748 |
| 5 | Attorney for Defendant<br>MYUNG JIN CHANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-395-CRB |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO MODIFY PRETRIAL RE-** |
| | **LEASE CONDITIONS** |
| vs. | |
| MYUNG JIN CHANG, et. al., | |
| Defendant. | |
| _____/ | |

MYUNG JIN CHANG, by and through his counsel, IAN G. LOVESETH, and PETER AXELROD, Assistant United States Attorney, hereby stipulate that the following pretrial release condition be modified: Defendant shall no longer be subject to voice tracking, which in effect will remove the curfew this condition places on the defendant. To date, the defendant has complied with the voice tracking/curfew condition, however, this condition has made it difficult for the defendant to get a good night's sleep as the telephone calls from the voice tracking system often come in the middle of the night.

Mr. Chang's Pretrial Services Officer, Michelle Nero, does not oppose defendant's request to modify his pretrial release condition in the manner stated above.

**STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS**

1     IT IS SO STIPULATED.

2

3     DATED: April 28, 2006

4

5                         /s/
                          IAN G. LOVESETH
                          Attorney for Defendant

6                           MYUNG JIN CHANG

7     DATED: April 28, 2006

8

9                         /s/
                          PETER AXELROD

10                          Assistant United States Attorney

11

12

13     Pursuant to stipulation of the parties, IT IS HEREBY ORDERED, that defendant,

14 MYUNG JIN CHANG, shall no longer be subject to the voice tracking/curfew condition of his

15 pretrial release. All other conditions shall remain the same.

16     IT IS SO ORDERED.

17

18     DATED: May 11, 2006

19

20                           _____

21                          HON. Judge Joseph C. Spero
                         United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS     2