IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California  94109
Telephone:  (415) 771-6174
Facsimile: (415)-474-3748

Attorney for Defendant
MYUNG JIN CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MYUNG JIN CHANG,<br><br>            Defendant._____/ | NO. CR 05-395-CRB<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**TRAVEL ORDER** |

  Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that Defendant MYUNG JIN CHANG may travel with his fiancé, Grace Kim, and another couple to Lake Tahoe, Nevada.

  Mr. Chang is to leave San Francisco on Friday, August 11, 2006 and return on Monday, August 14, 2006.  The details of this trip have been provided to AUSA Peter Axelrod, and neither he nor Mr. Chang's Pre-trial Services Officer, Michelle Nero, have any objections to the

**TRAVEL ORDER RE DEF. MYUNG JIN CHANG**

1  Court granting this travel order.

3      IT IS SO STIPULATED.

5  DATED: August 3, 2006                    /s/
    IAN G. LOVESETH
    Attorney for defendant
6      Myung Jin Chang

8  DATED: August 4, 2006                    /s/
    PETER AXELROD
9      Assistant United States Attorney

11      IT IS SO ORDERED.

13  DATED: August _07_, 2006

    Honorable Charles R. Breyer
    United States District ~~Magistrate~~ Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

**TRAVEL ORDER RE DEF. MYUNG JIN CHANG**      2