1  IAN LOVESETH, SBN 085780
   Attorney at Law
2  819 Eddy Street
   San Francisco, California  94109
3  Telephone:  (415) 771-6174
   Facsimile: (415) 474-3748
4
   Attorney for Defendant
5  MYUNG JIN CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o–

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

MYUNG JIN CHANG, et.al.,

        Defendants.
_____/

NO. CR 05-395-CRB

**STIPULATION AND [PROPOSED] TRAVEL ORDER**

     Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that Defendant MYUNG JIN CHANG may travel with his fiancé, Grace Kim, and two of their friends to Lake Tahoe, Nevada.

     Mr. Chang is to leave San Francisco on Thursday, November 23, 2006 and return on Tuesday, November 28, 2006.  The details of this trip have been provided to AUSA Peter Axelrod, and neither he nor Mr. Chang's Pre-trial Services Officer, Michelle Nero, have any

**TRAVEL ORDER RE DEF. MYUNG JIN CHANG**

1  objections to the Court granting this travel order.

3      IT IS SO STIPULATED.

5  DATED: November 20, 2006        _____/s/_____
                                          IAN G. LOVESETH
6                                            Attorney for defendant
                                          Myung Jin Chang

8  DATED: November 20, 2006        _____/s/_____
                                          PETER AXELROD
9                                            Assistant United States Attorney

11      IT IS SO ORDERED.

13  DATED: November _20_, 2006      _____
                                          Honorable Charles R. Breyer
                                          United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*