IAN LOVESETH, SBN 085780
Attorney at Law
819 Eddy Street
San Francisco, California  94109
Telephone:  (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
MYUNG JIN CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MYUNG JIN CHANG, et.al.,<br><br>                    Defendants._____/ | NO. CR 05-395-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER** |

  Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that Defendant MYUNG JIN CHANG may travel with some of his co-workers at a company called Freetech to Las Vegas, Nevada in order to attend the Consumer Electronics Show and then to Los Angeles for business meetings.

  Mr. Chang is to leave San Francisco on Sunday, January 7, 2007 for Las Vegas where he will stay until Thursday, January 11, 2007.  On January 11, 2007 he will the travel to Los Angeles where he will stay until Sunday, January 14, 2007.  On January 14, 2007 he will return

**TRAVEL ORDER RE DEF. MYUNG JIN CHANG**

1 | home to San Francisco.
2 |     The details of this trip have been provided to AUSA Peter Axelrod, and neither he nor
3 | Mr. Chang's Pre-trial Services Officer, Michelle Nero, have any objections to the Court granting
4 | this travel order.

6 | IT IS SO STIPULATED.

8 | DATED: January 4, 2007      /s/
    IAN G. LOVESETH
    Attorney for Defendant
9 |     Myung Jin Chang

11 | DATED: January 4, 2007      /s/
    PETER AXELROD
12 |     Assistant United States Attorney

14 | IT IS SO ORDERED.

16 | DATED: January 04, 2007

    Honorable Charles R. Breyer
    United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRAVEL ORDER RE DEF. MYUNG JIN CHANG      2